# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| HOMER JONES, | ) |
| --- | --- |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-21-290-G |
| WARDEN PEDIGREW, | ) ) ) ) |
| Respondent. | ) |

## ORDER

Petitioner Homer Jones, a state prisoner, filed this action seeking federal habeas relief pursuant to 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On April 19, 2021, Judge Erwin issued a Report and Recommendation (Doc. No. 8), in which he recommended the habeas petition be dismissed upon preliminary review for failure to plead a cognizable § 2241 habeas claim. In the Report and Recommendation, Judge Erwin advised Petitioner of his right to object to the Report and Recommendation by May 6, 2021. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 8) is ADOPTED in its entirety. This action is DISMISSED. A separate judgment shall be entered.

IT IS SO ORDERED this 6th day of July, 2021.

_____
CHARLES B. GOODWIN
United States District Judge